# DIV. C

JUDGE
JUNE BERRY DARENSBURG

**24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON**

### STATE OF LOUISIANA

NUMBER: 685562

DIVISION: " "

**DAVID FLOWERS AND BETH FLOWERS**

VERSUS

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**

FILED: _____

FILED

MAR 3 1 2010

S/ MERRICK REEME

DEPUTY CLERK

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT, through undersigned counsel, come Petitioners, DAVID FLOWERS AND BETH FLOWERS, both residents of full age and majority of the Parish of Jefferson, State of Louisiana who respectfully represent:

1.

Made defendant herein is LIBERTY MUTUAL FIRE INSURANCE COMPANY, a foreign insurance company authorized to do and doing business in the State of Louisiana, Parish of Jefferson, and which made the Secretary of State, State of Louisiana, be its agent for service of process.

2.

Defendant, Liberty Mutual Fire Insurance Company, is liable unto your Petitioners, David Flowers and Beth Flowers, for damages due to them under the Louisiana Civil Code, penalties, interests, attorney's fees, and any other relief that the law may allow for the following reasons to-wit:

3.

Peitioners, David Flowers and Beth Flowers, were the owners of property at the time of Hurricane Katrina, Hurricane Rita, and Hurricane Gustav located at 1412 Rose Garden Drive, Metairie, LA 70005. Said property sustained severe damage due to high winds and blowing rain of said aforementioned Hurricanes. Said damage also included, but not limited to, electrical, flooring, window, gutter, roof, and siding damage, along with some flooding


EXHIBIT
A

of the dwelling.

4.

As a result of Hurricane Katrina, Hurricane Rita, and Hurricane Gustav, said property sustained wind damage, and Petitioners timely filed a claim, against Defendant, Liberty Mutual Fire Insurance Company, having said claim number of HD900 006342295-01, which had in full force and effect a policy of wind-storm damage coverage issued in favor of your Petitioners, which policy was in full force and effect at that time.  Policy number H32-291-852496-004-9.

5.

Despite acting in full compliance with all provisions of said insurance policy, Defendant, Liberty Mutual Fire Insurance Company, negligently acted in an arbitrary and capricious manner and failed to provide Petitioners with all layers of coverage issued under said policy including but not limited to:

A.    Damage for property damage;

B.    Loss of use of property;

C.    Mold remediation;

D.    Loss of contents;

E.    Debris removal;

F.    And all other types of coverage that was listed in said policy of insurance.

6.

Defendant has failed to provide your Petitioners with the necessary layers of coverage within the time delays set out under the Louisiana Insurance Code and accordingly is in debt to your Petitioners not only for coverage outlined herein and above, but also for all penalties, attorney's fees, and other measures permitted under the Louisiana Insurance Code for failure to adjust claims in a fair and reasonable way and to pay Petitioners in a timely manner.

WHEREFORE, Petitioner prays for a judgment in favor of your Petitioners, DAVID FLOWERS AND BETH FLOWERS, and against Defendant, LIBERTY MUTUAL FIRE INSURANCE COMPANY, for all damages outlined herein and above together with judicial

interest paid, all costs of proceedings, attorney's fees, penalties, and any other relief that the

law may allow under the Louisiana Insurance Code due to the arbitrary and capricious way

they handled the claims.

Respectfully Submitted:

**deGRAVELLES, PALMINTIER, HOLTHAUS & FRUGE'**

BY: _____

SCOTT H. FRUGE', Bar # 21599
618 Main Street
Baton Rouge, Louisiana 70801
Telephone: (225) 344-3735
Facsimile (225) 336-1146

**PLEASE SERVE:**

**LIBERTY MUTUAL FIRE INSURANCE COMPANY**
through its agent for service of process
Secretary of State, State of Louisiana
8585 Archives Avenue
Baton Rouge, LA 70809

A TRUE COPY OF THE ORIGINAL
ON FILE IN THIS OFFICE.
_____
DEPUTY CLERK
24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON, LA.

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.:   685562

DAVID FLOWERS AND BETH FLOWERS

VERSUS

LIBERTY MUTUAL FIRE INSURANCE COMPANY

DIVISION "C"

**FILED**

APR 3 0 2010

S/ NORMA MARTINEZ

DEPUTY CLERK

FILED:_____

_____
DEPUTY CLERK

## MOTION FOR EXTENSION OF TIME

Defendant, Liberty Mutual Fire Insurance Company, ("Liberty"), hereby moves for an extension of time within which to respond to the above-referenced Petition through and including May 20, 2010, on the following grounds:

1.

The plaintiffs served their Petition on Liberty on April 16, 2010, thereby making responsive pleadings due April 30, 2010.

2.

Undersigned counsel recently received the Petition and has not had sufficient time to formulate a response.

3.

Liberty would like to respond adequately, but needs additional time to respond.

158135

4.

Considering the time constraints mentioned above, Liberty requests that this Court grant it a twenty-(20) day extension of time within which to file responsive pleadings. This extension will not unduly delay the hearing or determination of this case.

Respectfully Submitted,

H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
   FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana 70112
Telephone: (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Fire Insurance Company*

## CERTIFICATE

I hereby certify that a copy of the above and foregoing Motion for Extension of Time has been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same in the United States mail, postage prepaid and properly addressed, this 30th day of April, 2010.

158135

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.:   685562

DIVISION "C"

DAVID FLOWERS AND BETH FLOWERS

VERSUS

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____          _____
                                          DEPUTY CLERK

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS ORDERED** that Defendant Liberty Mutual Fire Insurance Company

("Liberty"), be and hereby is granted an extension of time, through and including May 20, 2010,

within which to respond to the Petition.

Gretna, Louisiana, this __11th__ day of __May__, 2010.

**CODED**

_____
                    JUDGE

IMAGED MAY 1 3 2010

685.562

158135

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.:   685562                                      DIVISION "C"   FILED

DAVID FLOWERS AND BETH FLOWERS                     APR 3 0 2010
                                                   s/NORMA MARTINEZ
VERSUS

LIBERTY MUTUAL FIRE INSURANCE COMPANY   DEPUTY CLERK

FILED:_____        _____
                                              DEPUTY CLERK

## REQUEST FOR NOTICE

Defendant, Liberty Mutual Fire Insurance Company, pursuant to Louisiana Code

of Civil Procedure article 1572, moves this Court for written notice ten (10) days in advance of

the date fixed for a trial or hearing of any exception, motion, rule or trial on the merits in the

above captioned proceeding and, pursuant to Louisiana Code of Civil Procedure articles 1913

and 1914, requests immediate notice of all interlocutory and final orders and judgments on any

exceptions, motions, rules, or the trial on the merits in the above-captioned proceeding.


Respectfully Submitted,


_____
H. Minor Pipes, III, 24603
Jonathan R. Bourg, 31058
BARRASSO USDIN KUPPERMAN
     FREEMAN & SARVER, L.L.C.
909 Poydras Street, Suite 2400
New Orleans, Louisiana  70112
Telephone:  (504) 589-9700
Facsimile: (504) 589-9701

*Attorneys for Liberty Mutual Fire Insurance
Company*


## CERTIFICATE

I hereby certify that a copy of the above and foregoing Request for Notice has

been served upon counsel of record by facsimile, hand delivery, electronic mail, or placing same

in the United States mail, postage prepaid and properly addressed, this 30th day of April, 2010.

_____

158134

24th JUDICIAL DISTRICT COURT FOR THE PARISH OF JEFFERSON

STATE OF LOUISIANA

NO.:  685562                                             DIVISION "C"

DAVID FLOWERS AND BETH FLOWERS

VERSUS

LIBERTY MUTUAL FIRE INSURANCE COMPANY

FILED:_____        _____
                                                     DEPUTY CLERK

**NOTICE TO STATE COURT OF REMOVAL TO FEDERAL COURT**

TO:   Honorable Jon A. Gegenheimer, Clerk of Court
       24th JDC, Parish of Jefferson
       General Government Building
       200 Derbigny Street
       Gretna, Louisiana  70053

        **PLEASE TAKE NOTICE** that Defendant, Liberty Mutual Fire Insurance

Company, has filed a Notice of Removal of this action entitled *David Flowers and Beth Flowers*

*v. Liberty Mutual Fire Insurance Company*, bearing docket number 685562 on the docket of the

Twenty-Fourth Judicial District Court for the Parish of Jefferson, State of Louisiana, a copy of

said Notice being filed herewith in conformity with 28 U.S.C. § 1446(d).

                              Respectfully Submitted,

                              H. Minor Pipes, III, 24603
                              Jonathan R. Bourg, 31058
                              BARRASSO USDIN KUPPERMAN
                                FREEMAN & SARVER, L.L.C.
                              909 Poydras Street, Suite 2400
                              New Orleans, Louisiana  70112
                              Telephone:  (504) 589-9700
                              Facsimile: (504) 589-9701

                              *Attorneys for Liberty Mutual Fire Insurance*
                              *Company*

**CERTIFICATE**

        I hereby certify that a copy of the above and foregoing Notice to State Court of

Removal to Federal Court on behalf of Defendant, Liberty Mutual Fire Insurance Company, has

been served upon all counsel of record by placing same in the United States mail, postage

prepaid and properly addressed, this 14th day of May, 2010.

158924

(101) Citation: ISS CITATION/PETITION FOR DAMAGES;                100412-9566-7

24TH JUDICIAL DISTRICT COURT
PARISH OF JEFFERSON
STATE OF LOUISIANA

DAVID FLOWERS AND BETH FLOWERS                    Case: 685-562   Div: "C"
            versus                                P 1 DAVID FLOWERS          SERVED ON
LIBERTY MUTUAL FIRE INSURANCE COMPANY                                       JAY DARDENNE

To:  LIBERTY MUTUAL FIRE INSURANCE COMPANY                                  APR 1 6 2010
THRU ITS AGENT FOR SERVICE OF PROCESS:
SECRETARY OF STATE                     CK # 3345 $25.00 S/S      SECRETARY OF STATE
STATE OF LOUISIANA                                              COMMERCIAL DIVISION
8585 ARCHIVES AVENUE                   CK # 3346 $ 29.36 E/B/R
BATON ROUGE, LA 70809


PARISH OF JEFFERSON

You are hereby summoned to comply with the demand contained in the PETITION FOR DAMAGES
of which a true and correct copy accompanies this citation, or make an appearance either by filing a
pleading or otherwise, in the 24th Judicial District Court in and for the Parish of Jefferson, State of
Louisiana, within FIFTEEN CALENDAR days after the service hereof, under penalty of default.

This service was requested by attorney SCOTT H. FRUGE and was issued by the Clerk Of Court on
the 12th day of April, 2010.

Kim B Garland, Deputy Clerk of Court for
Jon A. Gegenheimer, Clerk Of Court

_____SERVICE INFORMATION_____

(101) Citation: ISS CITATION/PETITION FOR DAMAGES;                100412-9566-7

Received:_____   Served:_____   Returned:_____

Service was made:
___ Personal     ___ Domiciliary _____

Unable to serve:
___ Not at this address    ___ Numerous attempts _____ times
___ Vacant                 ___ Received too late to serve
___ Moved                  ___ No longer works at this address
___ No such address        ___ Need apartment / building number
___ Other _____

Service: $_____   Mileage: $_____   Total: $_____

Completed by:_____ #_____
                    Deputy Sheriff
Parish of: _____

RECEIVED
APR 15 2010
EBR SHERIFF'S OFFICE

006342295-0001



CORPORATION SERVICE COMPANY®

# Notice of Service of Process

CHS / ALL
**Transmittal Number: 7582899**
**Date Processed: 04/20/2010**

| | |
|---|---|
| Primary Contact: | Colleen Marr<br>Law Offices of Robert E. Birtel<br>3900 North Causeway Blvd.<br>Suite 625<br>Metaire, LA 70002 |

| | |
|---|---|
| **Entity:** | Liberty Mutual Fire Insurance Company<br>Entity ID Number 2542855 |
| **Entity Served:** | Liberty Mutual Fire Insurance Company |
| **Title of Action:** | David Flowers vs. Liberty Mutual Fire Insurance Company |
| **Document(s) Type:** | Citation/Petition |
| **Nature of Action:** | Contract |
| **Court:** | Jefferson Parish District Court, Louisiana |
| **Case Number:** | 685562C |
| **Jurisdiction Served:** | Louisiana |
| **Date Served on CSC:** | 04/20/2010 |
| **Answer or Appearance Due:** | 15 Days |
| **Originally Served On:** | LA Secretary of State on 04/16/2010 |
| **How Served:** | Certified Mail |
| **Sender Information:** | Scott H. Fruge<br>225-344-3735 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road  Wilmington, DE 19808  (888) 690-2882  |  sop@cscinfo.com

## State of Louisiana
## Secretary of State

04/19/2010

Legal Services Section
P.O. Box 94125, Baton Rouge, LA 70804-9125
(225) 922-0415

LIBERTY MUTUAL FIRE INSURANCE COMPANY
C/O CORPORATION SERVICE COMPANY
320 SOMERULOS STREET
BATON ROUGE, LA  70802-6129

Suit No.: 685562
24TH JUDICIAL DISTRICT COURT
JEFFERSON PARISH

DAVID FLOWERS, ET AL
vs
LIBERTY MUTUAL FIRE INSURANCE COMPANY

Dear Sir/Madam:

I am enclosing citation served in regard to the above entitled proceeding.  Please call the attorney that filed this document if you have any questions regarding this proceeding.  If you received this document in error, please return it to the above address with a letter of explanation.

Yours very truly,

JAY DARDENNE
Secretary of State

Served on:  JAY DARDENNE
Served by:  E. CUMMINS

Date: 04/16/2010
Title:  DEPUTY SHERIFF

No: 808783

MS



UNITED STATES POSTAGE

PITNEY BOWES

$ 03.41⁰

02 1M
0004234203          APR 19 2010
MAILED FROM ZIP CODE 70802

7007 2640 0000 8271 8622

7080286129 0001

JAY DARDENNE
SECRETARY OF STATE
P.O. BOX 94125
BATON ROUGE, LA 70804-9125

SS104 (R 11/10)

Print a complete listing of your results.  Print

Export a complete listing of your results in Excel.  Export to Excel

| Company Information | | |
|---|---|---|
| Liberty Mutual Fire Insurance Company | | |
| **NAIC:** | 23035 | |
| **Status:** | Active | |
| **Domicile:** | WI | **License Types: Admitted Insurer –** 04/01/1930 |
| **Address:** | 175 Berkeley Street Boston , MA 02117 | **Classification: Fire And Casualty** **Coverage Lines: Burglary and forgery** Fidelity – 07/20/1995 Fire and allied lines Home Owners – 09/09/2003 Liability Marine and transportation Miscellaneous Steam Boiler and Sprinkler Leakage Vehicle Workers' Compensation Surety – 07/20/1995 |
| | Click here for additional addresses | |
| **Phone:** | (617) 357-9500 | |
| | Click here for additional phones | |
| **Agent For Service of Process:** | LOUISIANA SECRETARY OF STATE | |
| **Agent Address:** | 8585 Archives Ave. BATON ROUGE, LA 70809 | |

1



EXHIBIT

B

RENEWAL A

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

POLICY NUMBER
H32-291-852496-004  9    THESE DECLARATIONS EFFECTIVE  10/27/04

NAMED INSURED AND MAILING ADDRESS              @ RESIDENCE PREMISES INSURED:
BETH BAROCCO WIFE OF/AND                          SAME AS MAIL ADDRESS
DAVID K FLOWERS
1412 ROSE GARDEN DRIVE
METAIRIE LA  70005-1051

POLICY PERIOD: 10/27/04 TO 10/27/05          FOR SERVICE CALL OR WRITE:
   12:01AM STANDARD TIME AT THE              3850 N CAUSEWAY BLVD SUITE 600
   RESIDENCE PREMISES                        METAIRIE LA  70002
                                             504-837-7000/800-543-2945
                                             CLAIMS: 800-520-8844

---

SECTION I AND II: COVERAGES AND LIMITS UNDER YOUR LIBERTYGUARD HOMEOWNERS POLICY
   I: COVERAGE A - YOUR DWELLING WITH EXPANDED REPLACEMENT COST          $166,600
      COVERAGE B - OTHER STRUCTURES ON RESIDENCE PREMISES                 $16,660
      COVERAGE C - PERSONAL PROPERTY WITH REPLACEMENT COST               $124,950
      COVERAGE D - LOSS OF USE OF YOUR RESIDENCE PREMISES  ACTUAL LOSS SUSTAINED
  II: COVERAGE E - PERSONAL LIABILITY (EACH OCCURRENCE)                  $300,000
      COVERAGE F - MEDICAL PAYMENTS TO OTHERS (EACH PERSON)                $1,000

DEDUCTIBLE: LOSSES COVERED UNDER SECTION I ARE SUBJECT TO A DEDUCTIBLE OF $500
OTHER DEDUCTIBLES:  WIND/HAIL 1%   $1666

PREMIUM SUMMARY:  FORMS AND ENDORSEMENTS SHOWN ARE MADE PART OF YOUR POLICY
   HO 00 03 04 91   BASE COST FOR THE COVERAGES AND LIMITS SHOWN ABOVE      $ 2799
   HO 04 53 04 91   CREDIT CARD, FUND TRANSFER CARD,
                    FORGERY AND COUNTERFEIT MONEY              $1,000       $    0
   FMHO-2887        HOMEPROTECTOR PLUS                                      $  336
   SECTION II COVERAGES EXTENDED:
                    COVERAGE E INCREASED LIMIT                             $   18
   PREFERRED RISK RATING PLAN DISCOUNTS:   9.0%
      6.0% INSURANCE TO VALUE CREDIT                                      -$  168
      3.0% INFLATION PROTECTION CREDIT                                    -$   84
   PROTECTIVE DEVICE CREDITS:   6.0%                                      -$  168
      2% SMOKE DETECTOR                  4% FIRE EXTINGUISHERS & DEAD BOLT
   SAFE HOMEOWNER PROGRAM                                                 -$  420

NET PREMIUM                                                               $ 2313

OTHER ENDORSEMENTS MADE PART OF YOUR POLICY:
HO 01 17 01 04  SPECIAL PROVISIONS        HO 04 16 04 91  PROTECTIVE DEVICES
HO 04 96 04 91  NO SECII/LIMIT I-DAYCARE  FMHO-993        ARSON REWARD
FMHO-2136       WIND/HAIL DEDUCTIBLE      2344            LMHC MEMBERSHIP
FMHO-2265       AMENDATORY SEEPAGE END    FMHO-2493 5/03  AMENDATORY ENDORSEMENT
FMHO-2469       AMENDATORY MOLD END       FMHO-2835       INFLATION PROTECTION

---

FMHO 775 R3  COUNTERSIGNED     09/07/04  PRU NUM:        AGT NUM:      AGT OFF:     REF NUM:     CAP FACT: .000

| STATE | #FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 154000 | 02 | 026 | 084 | 000 | 02 | 0 | A | A | 0 | 68 | 000 | | 3 | 98 | 0000 | 975 |

RATED AS:    E BANK CONS FIRE DIST                          SHP  00000    MAILING  00    PLAN 91
                                                            CREDIT       08

PROT DEV-    580   TAX TERR-   0109
TIER 03

EXHIBIT
C

RENEWAL A

LIBERTYGUARD DELUXE HOMEOWNERS POLICY DECLARATIONS
LIBERTY MUTUAL FIRE INSURANCE COMPANY
BOSTON, MASSACHUSETTS

PAGE 02

POLICY NUMBER
H32-291-852496-004  9    THESE DECLARATIONS EFFECTIVE  10/27/04

NAMED INSURED AND MAILING ADDRESS
BETH BAROCCO WIFE OF/AND
DAVID K FLOWERS
1412 ROSE GARDEN DRIVE
METAIRIE LA  70005-1051

@ RESIDENCE PREMISES INSURED:
SAME AS MAIL ADDRESS

POLICY PERIOD: 10/27/04 TO 10/27/05
12:01AM STANDARD TIME AT THE
RESIDENCE PREMISES

FOR SERVICE CALL OR WRITE:
3850 N CAUSEWAY BLVD SUITE 600
METAIRIE LA  70002
504-837-7000/800-543-2945
CLAIMS: 800-520-8844

---

(CONTINUED FROM PREVIOUS PAGE)

MORTGAGEE 1:
US BANK NA
ISAOA C/O US BANK HOME MORTGAGE
LOAN NO 6003147621
PO BOX 7298
SPRINGFIELD OH 45501

MORTGAGEE 2:
HIBERNIA NATIONAL BANK
P O BOX 61062
NEW ORLEANS LA   70161

HANDLING REQUIREMENTS:  POLICY TO MORTGAGEE
    BILL TO MORTGAGEE     FUTURE BILLS TO MORTGAGEE

---

FMHO 775 R3   COUNTERSIGNED     09/07/04   PRU NUM:              AGT NUM:          AGT OFF:        REF NUM:        CAP FACT: .000

| STATE | # FAM/APTS | COVERAGE A/C | CONST | COUNTY | TERR | PREM GRP | PROT | X | HYDRANT | FIRE DEPT | PCP | YR BUILT | UND HANDLING | CREDIT | N/R | 1ST YR | SALES REP | SALES OFF |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 | 1 | 154000 | 02 | 026 | 084 | 000 | 02 | 0 | A | A | 0 | 68 | 000 | | 3 | 98 | 0000 | 975 |

RATED AS:     E BANK CONS FIRE DIST

SHP    00000    MAILING   00    PLAN  91
CREDIT   08

PROT DEV-      580    TAX TERR-      0109
TIER 03